Argued December 18, affirmed December 24, 1973, reconsideration denied January 30, petition for review denied March 19, 1974

STATE OF OREGON, *Respondent, v.* HOMER CALVIN BLACK (No. C 73-02-0665 Cr), *Appellant.*

516 P2d 757

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and TANZER, Judges.

PER CURIAM.

AFFIRMED. *State v. Frazier,* 245 Or 4, 9, 418 P2d 841 (1966); *State v. Hunt,* 3 Or App 634, 637-38, 475 P2d 596, Sup Ct *review denied* (1970).